DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RIDE HAMILTON,

Appellant,

v.

DAVID WAYNE BRODOSI,

Appellee.

_____

No. 2D2024-2297
_____

February 6, 2026

Appeal from the Circuit Court for Pinellas County; Della Cope, Judge.

David P. Reiner, II of Reiner & Reiner, P.A., Miami, for Appellant.

Kyle D. Bass of Weber, Crabb, & Wein, P.A., Saint Petersburg, for Appellee.


PER CURIAM.

Affirmed.


LUCAS, C.J., and LaROSE and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.